# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jessica S. Allen |
| v. | : | Mag. No. **21-8352 (JSA)** |
| JOHN KLEIN | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Andrew Kogan and Anthony Torntore, Assistant United States Attorneys), and defendant John Klein (by Kevin Carlucci, Assistant Federal Public Defender), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to discuss the charges and a potential resolution to this matter, and the Court having granted <u>one</u> prior continuance order in this matter, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties wish to discuss the charges and the case, including a potential resolution, while this case is on Complaint;

(2) The defendant has consented to the aforementioned continuance;

2

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 18th day of January, 2022;

ORDERED that this action be, and it hereby is, continued from February 7, 2022 to and through April 7, 2022; and it is further

ORDERED that the period from February 7, 2022 to and through April 7, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

/s/ Jessica S. Allen
HONORABLE Jessica S. Allen
United States Magistrate Judge


Form and entry consented to:

_____
Anthony Torntore
Andrew Kogan
Assistant U.S. Attorneys


/s/ Sean Farrell
_____
Sean Farrell
Chief, Cybercrime Unit

_____
Kevin Carlucci, Esq.
Counsel for Defendant John Klein